IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RICHARD GRAY, #L1197                                                                       PLAINTIFF

VERSUS                                                         CIVIL ACTION NO.  5:06cv018DCB-JCS

M. LEE, DOLAN WALLER, AND CHRISTOPHER B. EPPS                   DEFENDANTS

**FINAL JUDGMENT**

   This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

   SO ORDERED AND ADJUDGED, this the 12th day of July, 2006.


                                                                              S/DAVID BRAMLETTE
                                                                              UNITED STATES DISTRICT JUDGE